UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVA LAND CREATIONS, LLC and LEE ANN SIEGRIST,

Plaintiffs,

-against-

NITRO ADVANCE; JONATHAN "BENJAMIN" GREENWALD; ROCKET CAPITAL NY LLC; TZVI ROSENBLUM; STRIKE RECOVERY GROUP, INC.; IMMEDIATE CAPITAL SOLUTIONS LLC d/b/a IMMEDIATE ADVANCES; MARLEN KRUZHKOV; CFG MERCHANT SOLUTIONS, LLC; ANDREW COON; WILLIAM GALLAGHER; 968 W VETERANS REALTY LLC d/b/a ASPIRE FUNDING PLATFORM; DANIEL LENEFSKY; ARCADIA SERVICING INC.; JOSHUA KARP; GLOBAL MERCHANT CASH, INC. d/b/a WALL STREET FUNDING; JAY KELLER; and JOHN AND JANE DOE SYNDICATES 1–50,

Defendants.

**Affidavit of Service**

**Index No.: 1:26-cv-07704**

STATE OF NEW YORK )
) S.S.:
COUNTY OF ALBANY )

**AUSTIN TAYLOR,** being duly sworn, deposes and says: That I am over the age of eighteen (18) years, and reside in the State of New York.

On September 16, 2026 at 2:56 pm, I served a SUMMONS, COMPLAINT, CIVIL COVER SHEET AND RULE 7.1 STATEMENT, on Defendant, STRIKE RECOVERY GROUP, INC., by personally delivering to and leaving with Izeasha Miller, Office Assistant, an African American female approximately 30 years of age, 140 lbs., 5'6"', black hair, said to be an Office Assistant in the Corporation Division of the Department of State of the State of New York, at 99 Washington Avenue, Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40) Dollars pursuant to Section 306 of the Business Corporation Law of the State of New York.

That deponent personally knew said Izeasha Miller to be an Office Assistant in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

Austin Taylor

Sworn to before me this
17th day of September 2026

Lisa L. Dion
Notary Public, State of New York
Reg. No. 01DI5037650
Qualified in Albany County
Commission Expires January 3, 2027